```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 06-cr-14-01-JD

<u>Juan J. Aldea</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted and trial is rescheduled for July 24, 2007.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

   SO ORDERED.

                                        <u>/s/ Joseph A. DiClerico, Jr.</u>
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date: April 10, 2007

```
cc:  Mark Irish, Esq.
     Anthony Ellison, Esq.
     Jorel Booker, Esq.
     U.S. Marshal
     U.S. Probation
```