```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                         Criminal No. 06-cr-14-01-JD

Juan J. Aldea

## O R D E R

The assented to motion to reschedule jury trial (document no. 19) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                     /s/ Joseph A. DiClerico, Jr.
                                                     Joseph A. DiClerico, Jr.
                                                     United States District Judge

Date: July 2, 2007


cc:  Jeffrey Levin, Esq.
     Mark Irish, Esq.
     U.S. Marshal
     U.S. Probation