UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         06-cr-014-01-JD

<u>Juan J. Aldea</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 21) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                           <u>/s/Joseph A. DiClerico, Jr.</u>
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

Date:  October 8, 2007


cc:   Jeffrey S. Levin, Esq.
      Mark A. Irish, Esq.
      U.S. Marshal
      U.S. Probation